UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Tom Conley, et al. vs. City of West Des Moines, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1614 for the following party(s): (please specify)

Appellees-Defendants City of West Des Moines, Iowa; Cherry Renee Hardman, Matthew McKinney, Kevin Trevillyan, Greg Hudson, and Russ Trimble, in their individual and official capacities

☐ Appellant(s) ☐ Petitioner(s) ☑ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Spencer Willems  s/: Spencer Willems
Firm Name: Dentons Davis Brown PC
Business Address: 215 10th Street, Suite 1300
City/State/Zip: Des Moines, IA 50309
Telephone Number (Area Code): 515-288-2500
Email Address: spencer.willems@dentons.com

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 4/1/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: