# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-1614
_____

Tom Conley; Conley Group, Inc.

Plaintiffs - Appellants

v.

City of West Des Moines; Cherry Renee Hardman, in her individual and official capacities; Matthew McKinney, in his individual and official capacities; Kevin Trevillyan, in his individual and official capacities; Greg Hudson, in his individual and official capacities; Russ Trimble, in his individual and official capacities

Defendants - Appellees

_____

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:23-cv-00053-SMR)
_____

**JUDGMENT**

Before LOKEN, SHEPHERD, and KELLY, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the dismissal of Conley's claims for First Amendment retaliation (Count I) and defamation (Count III) are affirmed, but the district court is directed to modify the dismissals to be without prejudice. The dismissal of TCG's claims for First Amendment retaliation (Count I) and tortious interference with contract

(Count II) are reversed and remanded for proceedings not inconsistent with the opinion of this court.

November 03, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler